# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00610-CR

**Patrick Heaney, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. D-1-DC-14-205206, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Patrick Heaney seeks to appeal from a judgment of conviction for possession of a controlled substance. *See* Tex. Health & Safety Code § 481.115(b). The trial court has certified that: (1) this is a plea-bargain case and appellant has no right of appeal, and (2) appellant waived the right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Dismissed for Want of Jurisdiction

Filed: October 20, 2016

Do Not Publish